JACQUELYNE M. NGUYEN, Bar No. 249658
LAW OFFICE OF JACQUELYNE M. NGUYEN
1670 SANTA ANA AVE., SUITE K
COSTA MESA, CA 92627
Telephone: (949) 722-0055
Fax:(949) 722-8416

JS-6

Attorney for: PLAINTIFF

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CV A 12-10543 |
|---|---|
| Plaintiff, | |
| vs. | CONSENT JUDGMENT |
| Christopher D. Rubalcaba, aka Kriss Kri, | |
| Defendant | |

Pursuant to the above stipulation of the parties, Judgment is hereby entered in favor of Plaintiff, UNITED STATES OF AMERICA, against Defendant, Christopher D. Rubalcaba, aka Kriss Kri, in the principal amount of $10,701.51 plus interest accrued to November 5, 2012, in the sum of $22,701.62; with interest accruing thereafter at 9% annually until entry of judgment, administration costs in the amount of $0.00, for a total amount of $**33,403.13**.

DATED: January 7, 2013        By: Terry Nafisi
                                  Clerk of the Court

                                  /s/ Jenny Lam
                                  Deputy Clerk
                                  United States District Court

Page 5